UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION DIVISION

IN RE:

JUANA MARIA CASTORENA

DEBTOR

CASE NO. 16-31782-SGJ-13
CHAPTER 13

JUDGE STACEY G. C. JERNIGAN

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Thomas D. Powers files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  NATIONSTAR MORTGAGE LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 4 | 8494 | $12,092.67 | $12,092.67 | $12,092.67 |
| Total Amount Paid by Trustee | | | | $12,092.67 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 16-31782-SGJ-13

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 3rd day of April, 2019.

JUANA MARIA CASTORENA, 2525 HIGHTRAIL DR, CARROLLTON, TX  75006

ELECTRONIC SERVICE - LEGAL AID OF NORTHWEST TEXAS, 1515 MAIN STREET, DALLAS, TX  75201

NATIONSTAR MORTGAGE LLC, BANKRUPTCY DEPARTMENT, PO BOX 619096, DALLAS, TX  75261

ELECTRONIC SERVICE - United States Trustee

Date:  April 03, 2019

/s/ Thomas D. Powers
Thomas D. Powers
Chapter 13 Trustee
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062